UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DYNAMICS INC.,
                    Plaintiff,

-v-

SAMSUNG ELECTRONICS CO. *et al.*,
                    Defendants.

19-CV-6479 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    A conference was held in this matter on February 3, 2023. As discussed in the conference, the parties shall adhere to the follow deadlines:

- Joint claim construction chart of disputed terms: February 17, 2023
- Opening claim construction briefs (both parties): March 17, 2023
- Responsive claim construction briefs (both parties): April 14, 2023
- Reply claim construction briefs (both parties): April 21, 2023
- Markman Hearing: May 17, 2023, 10:00 am, 40 Foley Square, Courtroom 706
- Disclosure of intent to rely on opinion of counsel: July 7, 2023
- Requests to admit served: July 19, 2023
- Depositions completed: August 11, 2023
- Close of fact discovery: August 18, 2023
- Opening expert reports on issues for which parties bear the burden of proof: Later of September 15, 2023, or 30 days after Markman order
- Responsive expert reports: 30 days after opening reports
- Close of expert discovery: Later of November 17, 2023 or 90 days after Markman order

- Summary judgment motions: Later of December 15, 2023 or 30 days after close of expert discovery

SO ORDERED.

Dated: February 3, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge