**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DYNAMICS INC.,

                Plaintiff,

   -against-                                   19 **CIVIL** 6479 (JPO)

## JUDGMENT

SAMSUNG ELECTRONICS CO., LTD.,
*et al*.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2025, Samsung's motion for summary judgment of non-infringement is GRANTED and Dynamics' motion for summary judgment of infringement is DENIED. The motions are denied as moot in all other respects. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                     **TAMMI M HELLWIG**
                                                        **Clerk of Court**

                        **BY:**

                                                       **Deputy Clerk**